IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

Plaintiff,

v.

CITY OF WESTMINSTER, COLORADO,
POLICE CHIEF DAN MONTGOMERY, individually and as an employee of the City of Westminster,
EUGENE BOESPFLUG, COMMANDER OF SWAT TEAM, individually and as an employee of the City of Westminster,
OFFICERS NORMAN HAUBERT,
BRIAN HEMPELMANN,
SCOTT LACHANCE,
DAVID LESTER,
DETECTIVE STEVE HOLTON, and
JOHN DOE(S), POLICE OFFICERS OF THE CITY OF WESTMINSTER, COLORADO, all individually and as employees of the City of Westminster,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Permission to File Amended Complaint** [docket no. 16, filed August 4, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED, and the Clerk of the Court is to accept for filing docket no. 17, the Amended Complaint.

IT IS FURTHER ORDERED that the caption is amended as above (including the correct spellings of Boespflug and Hempelmann) and should be used on all future filings.

DATED:  August 18, 2006