IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

    Plaintiff,

v.

CITY OF WESTMINSTER, COLORADO,
POLICE CHIEF DAN MONTGOMERY, individually and as an
   employee of the City of Westminister,
EUGENE BOEPSFLUG, Commander of Swat Team, individually and as an
   employee of the City of Westminster,
OFFICER NORMAN HAUBERT,
OFFICER BRIAN HEMPELMAN,
OFFICER SCOTT LACHANCE,
OFFICER DAVID LESTER,
DETECTIVE STEVE HOLTON, and
JOHN DOE(S), POLICE OFFICERS OF THE CITY OF WESTMINSTER COLORADO,
   all individually and as employees of the city of Westminster,

    Defendants.

## ORDER DENYING MOTION TO DISMISS (#9), AS MOOT

THIS MATTER comes before the Court on the Defendants' Motion to Dismiss **(#9)** claims in the original Complaint **(#1)**. Because the Plaintiff has filed an Amended Complaint **(#17),**

**IT IS ORDERED** that the Motion to Dismiss **(#9)** is **DENIED**, as moot.

Dated this 17th day of October, 2006

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge