IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

Plaintiff,

v.

CITY OF WESTMINSTER, COLORADO,
POLICE CHIEF DAN MONTGOMERY, individually and as an employee of the City of Westminster,
EUGENE BOESPFLUG, COMMANDER OF SWAT TEAM, individually and as an employee of the City of Westminster,
OFFICERS NORMAN HAUBERT,
BRIAN HEMPELMANN,
SCOTT LACHANCE,
DAVID LESTER,
DETECTIVE STEVE HOLTON, and
JOHN DOE(S), POLICE OFFICERS OF THE CITY OF WESTMINSTER, COLORADO, all individually and as employees of the City of Westminster,

Defendants.
_____

**ORDER**
_____

This matter is before me on the parties' **Stipulated Motion to Stay Discovery** [Doc. # 29, filed 10/11/2006] (the "*Motion*"). The parties request a stay of discovery and postponement of certain pretrial deadlines until after the plaintiff's criminal trial, currently scheduled for January 29, 2007. This case is set for a final pretrial conference on February 5, 2008, and for a trial beginning May 5, 2008.

I held a hearing on the *Motion* this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record,

IT IS ORDERED that the *Motion* is GRANTED to the following extent:

(1) Discovery is STAYED to and including **February 21, 2007**;

(2) The expert disclosure deadlines, discovery cut-off, and dispositive motion deadline are VACATED, to be reset at a later date; and

(3) The settlement conference set for **January 30, 2007, at 10:00 a.m.**, is VACATED, also to be reset at a later date if appropriate.

IT IS FURTHER ORDERED that a status conference is set for **February 21, 2007, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. At the status conference, the parties shall be prepared to discuss the status of the plaintiff's criminal case; the plaintiff's willingness to give a deposition in this case; and rescheduling all pretrial dates.

Dated October 25, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge