IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

        Plaintiff,

v.

CITY OF WESTMINSTER, COLORADO,
POLICE CHIEF DAN MONTGOMERY, individually and as an
   employee of the City of Westminster,
EUGENE BOEPSFLUG, Commander of Swat Team, individually and as an
   employee of the City of Westminster,
OFFICER NORMAN HAUBERT,
OFFICER BRIAN HEMPELMAN,
OFFICER SCOTT LACHANCE,
OFFICER DAVID LESTER,
DETECTIVE STEVE HOLTON, and
JOHN DOE(S), POLICE OFFICERS OF THE CITY OF WESTMINSTER COLORADO,
   all individually and as employees of the city of Westminster,

        Defendants.
_____

**ORDER GRANTING UNOPPOSED MOTION TO VACATE DEADLINE TO FILE RULE 702 MOTIONS**
_____

       THIS MATTER comes before the Court on the Unopposed Motion to Vacate Deadline to File Rule 702 Motions (#35). The Court being fully advised in the foregoing,

       **ORDERS** that the Unopposed Motion to Vacate Deadline to File Rule 702 Motions **(#35)** is **GRANTED**.

Dated this 28th day of December, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge

The Court shall reset the deadline to file Rule 702 motions after the February 21, 2007 Status Conference.