IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

Plaintiff,

v.

CITY OF WESTMINSTER, COLORADO,
POLICE CHIEF DAN MONTGOMERY, individually and as an employee of the City of Westminster,
EUGENE BOESPFLUG, COMMANDER OF SWAT TEAM, individually and as an employee of the City of Westminster,
OFFICERS NORMAN HAUBERT,
BRIAN HEMPELMANN,
SCOTT LACHANCE,
DAVID LESTER,
DETECTIVE STEVE HOLTON, and
JOHN DOE(S), POLICE OFFICERS OF THE CITY OF WESTMINSTER, COLORADO, all individually and as employees of the City of Westminster,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Unopposed Motion for Leave to Depose Prisoner Plaintiff** [docket no. 41, filed March 20, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants are granted leave to depose the plaintiff on April 10, 2007 at the Douglas County Detention Center in Castle Rock, Colorado.

DATED:  March 20, 2007