IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-00853-MSK-BNB | Date: September 27. 2007 |
| Courtroom Deputy: Valeri P. Barnes | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| GERALD KENNETH JORGENSEN, | Neil MacFarlane |
|     Plaintiff, | |
| v. | |
| CITY OF WESTMINSTER, COLORADO; | Eric Ziporin |
| POLICE CHIEF DAN MONTGOMERY, individually and as an employee of the City of Westminster; | |
| EUGENE BOEPSFLUG, COMMANDER OF SWAT TEAM, individually and as an employee of the City of Westminster; | |
| OFFICERS NORMAN HAUBERT, | |
| BRIAN HEMPELMAN, | |
| SCOTT LACHANCE; | |
| DAVID LESTER, | |
| DETECTIVE STEVE HOLTON; | |
| and JOHN DOE(S), POLICE OFFICERS OF THE CITY OF WESTMINSTER, COLORADO, all individually and as employees of the City of Westminster, | |
|     Defendants. | |

### COURTROOM MINUTES

**HEARING: Motions**

**4:08 p.m.**   **Court in session.**

**ORDERED:** Defendants' Motion to Strike Designation of Expert Witness **(48)** is **taken under advisement.**

**ORDERED:** Plaintiff's Motion for Extension of Time to Obtain Expert Witness **(53)** is **taken under advisement.**

**4:38 p.m.** **Court in recess/hearing concluded.**

Total in-court time: 00:30