IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

        Plaintiff,

v.

CITY OF WESTMINSTER, COLORADO;
POLICE CHIEF DAN MONTGOMERY, individually and as an employee of the City of Westminster;
EUGENE BOEPSFLUG, COMMANDER OF SWAT TEAM, individually and as an employee of the City of Westminster;
OFFICERS NORMAN HAUBERT,
BRIAN HEMPELMAN,
SCOTT LACHANCE;
DAVID LESTER,
DETECTIVE STEVE HOLTON;
and JOHN DOE(S), POLICE OFFICERS OF THE CITY OF WESTMINSTER, COLORADO,
all individually and as employees of the City of Westminster,
Defendants.

_____

### ORDER OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE
_____

**THIS MATTER**, having come before the Court, the Court having received and reviewed the parties' Stipulation for Dismissal of Certain Claims with Prejudice and the file, having considered said Stipulation for Dismissal of Certain Claims with Prejudice and being fully advised in the premises, the Court hereby

**ORDERS** that said Stipulation for Dismissal of Certain Claims with Prejudice is granted. The following parties and/or claims are hereby dismissed from this case with prejudice:

    1.    All claims for relief against Defendant City of Westminster;

    2.    Plaintiff's First Claim for Relief (§ 1983 excessive force) as against Defendants Dan Montgomery and Eugene Boespflug;

3. Plaintiff's First Claim for Relief (§ 1983 excessive force) alleging violations of the Colorado Constitution, as well as the Fifth, Eighth, and Fourteenth Amendments of the United States Constitution as against Defendants Norman Haubert, Brian Hempelmann, Scott LaChance, David Lester, and Steve Holton;

4. Plaintiff's Second Claim for Relief (§ 1983 conspiracy claim) alleging violations of the Eighth Amendment against Defendants Dan Montgomery, Eugene Boespflug, Norman Haubert, Brian Hempelmann, Scott LaChance, David Lester, and Steve Holton;

5. Plaintiff's Third Claim for Relief (assault and battery) as against Defendants Dan Montgomery and Eugene Boespflug;

6. Plaintiff's Fourth Claim for Relief (intentional infliction of emotional distress) as against Defendants Dan Montgomery and Eugene Boespflug;

7. The entirety of Plaintiff's Fifth Claim for Relief (negligence) against Defendants Norman Haubert, Brian Hempelmann, Scott LaChance, David Lester, and Steve Holton; and

8. The entirety of Plaintiff's Sixth Claim for Relief (negligence) against Defendants Dan Montgomery and Eugene Boespflug.

DATED this 2nd day of October, 2007.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge