IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

    Plaintiff,

v.

POLICE CHIEF DAN MONTGOMERY, individually and as an
   employee of the City of Westminister,
EUGENE BOEPSFLUG, Commander of Swat Team, individually and as an
   employee of the City of Westminster,
OFFICER NORMAN HAUBERT,
OFFICER BRIAN HEMPELMAN,
OFFICER SCOTT LACHANCE,
OFFICER DAVID LESTER,
DETECTIVE STEVE HOLTON, and
JOHN DOE(S), POLICE OFFICERS OF THE CITY OF WESTMINSTER COLORADO,
   all individually and as employees of the city of Westminster,

    Defendants.
_____

**ORDER**
_____

THIS MATTER comes before the Court on the Plaintiff's Motion for Reconsideration of Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Partial Summary Judgment (Motion) **(#79)**. The extension has been granted by previous Order issued on this date.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED AS MOOT**.

DATED this 22nd day of October, 2007.

                                  **BY THE COURT:**

                                  *Marcia S. Krieger*
                                  _____

                                                          Marcia S. Krieger  
                                                          United States District Judge