IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

       Plaintiff,

v.

CITY OF WESTMINSTER, COLORADO;
POLICE CHIEF DAN MONTGOMERY, individually and as an employee of the City of Westminster;
EUGENE BOEPSFLUG, COMMANDER OF SWAT TEAM, individually and as an employee of the City of Westminster;
OFFICERS NORMAN HAUBERT,
BRIAN HEMPELMAN,
SCOTT LACHANCE;
DAVID LESTER,
DETECTIVE STEVE HOLTON;
and JOHN DOE(S), POLICE OFFICERS OF THE CITY OF WESTMINSTER, COLORADO, all individually and as employees of the City of Westminster,

       Defendants.
_____

### ORDER GRANTING STIPULATED MOTION TO WITHDRAW PARTIES' JOINT MOTION UNDER RULE 702 AND VACATE HEARING
_____

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Stipulated Motion to Withdraw Parties' Joint Motion Under Rule 702 and Vacate Hearing **(#89)** and the file, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulated Motion to withdraw Parties' Joint Motion Under Rule 702 and Vacate Hearing is **GRANTED**, and the hearing set for November 16, 2007 at 1:30 p.m. is hereby **VACATED**.

DATED this 13th day of November, 2007.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge