IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

    Plaintiff,

v.

OFFICER NORMAN HAUBERT,
OFFICER BRIAN HEMPELMAN,
OFFICER SCOTT LACHANCE,
OFFICER DAVID LESTER,
DETECTIVE STEVE HOLTON, and
JOHN DOE(S), POLICE OFFICERS OF THE CITY OF WESTMINSTER COLORADO,
   all individually and as employees of the city of Westminster,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW DEFENDANTS'
MOTION TO CONSOLIDATE**

---

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Unopposed Motion to Withdraw Defendants' Motion to Consolidate (Motion) **(#92)**, having considered said Unopposed Motion to Withdraw Defendants' Motion to Consolidate and being fully advised in the premises, the Court hereby

**ORDERS** that the Unopposed Motion to Withdraw Defendants' Motion to Consolidate is **GRANTED**.

DATED this 18th day of December, 2007.

                            **BY THE COURT:**

                            *Marcia S. Krieger*

                            Marcia S. Krieger
                            United States District Judge