IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

    Plaintiff,

v.

POLICE CHIEF DAN MONTGOMERY, individually and as an employee of the City of Westminster;
EUGENE BOEPSFLUG, COMMANDER OF SWAT TEAM, individually and as an employee of the City of Westminster;
OFFICERS NORMAN HAUBERT,
BRIAN HEMPELMAN,
SCOTT LACHANCE;
DAVID LESTER,
DETECTIVE STEVE HOLTON;

    Defendants.

## ORDER OF DISMISSAL OF REMAINING STATE CLAIMS WITH PREJUDICE

**THIS MATTER**, having come before the Court, the Court having received and reviewed the parties' Stipulated Motion for Dismissal of Remaining State Claims with Prejudice **(#108)** and the file, having considered said Stipulated Motion for Dismissal of Remaining State Claims with Prejudice and being fully advised in the premises, the Court hereby

**ORDERS** that the Motion is GRANTED. The following claims are hereby dismissed from this case with prejudice:

- Third Claim for Relief – (Assault and Battery) the dismissal of the entirety of this claim as alleged against Defendants Norman Haubert, Brian Hempelmann, Scott LaChance, David Lester, and Steve Holton; and

1

- Fourth Claim for Relief – (Infliction of Emotional Distress) the dismissal of the entirety of this claim as alleged against Defendants Norman Haubert, Brian Hempelmann, Scott LaChance, David Lester, and Steve Holton.

The following claims remain pending for trial currently scheduled for September 15, 2008:

- First Claim for Relief - § 1983 excessive force for violation of the Fourth Amendment against Defendants Norman Haubert, Brian Hempelmann, Scott LaChance, David Lester, and Steve Holton; and
- Second Claim for Relief - § 1983 conspiracy claim for violation of the Fourth Amendment against Defendants Dan Montgomery, Eugene Boespflug, Norman Haubert, Brian Hempelmann, Scott LaChance, David Lester, and Steve Holton.

**DATED** this 3rd day of March, 2008.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge