IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

    Plaintiff,

v.

POLICE CHIEF DAN MONTGOMERY, individually and as an
   employee of the City of Westminister,
EUGENE BOEPSFLUG, Commander of Swat Team, individually and as an
   employee of the City of Westminster,
OFFICER NORMAN HAUBERT,
OFFICER BRIAN HEMPELMAN,
OFFICER SCOTT LACHANCE,
OFFICER DAVID LESTER, and
DETECTIVE STEVE HOLTON,
  all individually and as employees of the city of Westminster,

    Defendants.

_____

**ORDER GRANTING MOTION FOR WRIT OF *HABEAS CORPUS* AND MOTION
TO APPEAR BY VIDEO**
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Motion for Reconsideration **(# 123)**, which the Court treats as a Motion for Writ of *Habeas Corpus Ad Testificandum*, and the Plaintiff's Motion for Order to Provide Video Transmission **(# 124)**.

In the Motion for Writ of *Habeas Corpus*, the Plaintiff represents that he has consulted with the United States Marshal's Service, the Colorado Department of Corrections, and the Denver County Sheriff's Department, regarding the arrangements necessary to secure the Plaintiff's transportation to and from the Arkansas Valley Correctional Facility on September 13,

1

2008. He states that, upon the issuance of an Order of this Court and reimbursement to the Sheriff's Department of $ 1,326.90 in costs and expenses, the Department of Corrections will release the Plaintiff to the custody of the Sheriff's Department on Wednesday, September 17, 2008, that the Sheriff's Department will transfer the Plaintiff to the custody of the Denver County Jail until September 19, 2008, will produce the Plaintiff at trial in this Court on September 19, 2008 and accompany him during his presence in Court, and shall return him to the Arkansas Valley Correctional Facility thereafter. On these terms, the Motion for Writ of *Habeas Corpus Ad Testificandum* **(# 123)** is **GRANTED**. The Clerk of the Court shall issue a writ in accordance with these terms.

Separately, the Plaintiff moves for an order permitting him to appear at the remainder of the trial via videoconference. The Plaintiff represents that he has been in contact with the Department of Corrections and been advised that he may avail himself of that facility's videoconferencing abilities to appear at trial remotely upon Order of the Court. Accordingly, the Motion to Appear by Video **(# 124)** is **GRANTED**. The Colorado Department of Corrections shall make appropriate efforts to permit the Plaintiff to appear at trial by videoconference during such times as he is present at the Arkansas Valley Correctional Facility.

Dated this 5th day of September, 2008

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge