IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

   Plaintiff,

v.

POLICE CHIEF DAN MONTGOMERY, individually and as an
  employee of the City of Westminister,
EUGENE BOEPSFLUG, Commander of Swat Team, individually and as an
  employee of the City of Westminster,
OFFICER NORMAN HAUBERT,
OFFICER BRIAN HEMPELMAN,
OFFICER SCOTT LACHANCE,
OFFICER DAVID LESTER, and
DETECTIVE STEVE HOLTON,

   Defendants.

## ORDER DENYING, IN PART, AND DEFERRING, IN PART, THE PLAINTIFF'S *PRO SE* MOTION

**THIS MATTER** comes before the Court on the Plaintiff's Pro Se "Ex Parte Motion for Contempt of Court Proceedings to Protect Plaintiff's Constitutional and Statutory Rights" **(#127),** to which the Defendants responded **(#135)**. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Plaintiff filed this motion *pro se* seeking to continue the trial set to commence today, and to hold his counsel in contempt of this Court for failure to comply with a Court Order. Because he is represented by counsel, his request to continue the trial is denied.[1] However, as to

---

[1] If the Court considered his request to continue the trial on substantive grounds, it would likely deny the motion because the Plaintiff is represented by retained counsel. He is bound by the acts of his counsel, *see Nelson v. Boeing Co.,* 446 F.3d 1118 (10th Cir. 2006), and any claims of ineffective assistance can be brought after the trial is over.

his request that the Court hold his counsel in contempt, ruling is deferred until after the trial.

**IT IS THEREFORE ORDERED** that the motion **(#127)** to continue the trial is denied, and ruling is deferred in the motion **(#127)** to hold counsel in contempt of this Court. The Plaintiff's counsel shall respond to the motion to hold counsel in contempt of this Court within 10 days after conclusion of trial.

Dated this 15th day of September, 2008

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge