IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

    Plaintiff,

v.

POLICE CHIEF DAN MONTGOMERY, individually and as an
   employee of the City of Westminister,
EUGENE BOEPSFLUG, Commander of Swat Team, individually and as an
   employee of the City of Westminster,
OFFICER NORMAN HAUBERT,
OFFICER BRIAN HEMPELMAN,
OFFICER SCOTT LACHANCE,
OFFICER DAVID LESTER, and
DETECTIVE STEVE HOLTON,
   all individually and as employees of the city of Westminster,

    Defendants.

## ORDER

With regard to the firearms and knife which the Defendants intend to offer as evidence at trial,

**IT IS ORDERED** that:

(1)    Counsel will bring such firearms and knife on the trial day(s) they will be offered and turn such evidence over to the Court Security Officer.

(2)    The Court Security Officer shall maintain the firearms and knife in a safe.

(3)    Defense counsel may retrieve the firearms and knife when they will be used at trial, and afterwards shall return them to the Court Security Officer for the

remainder of the day.

(4) Upon request by Thomas Rice or Eric Ziporin, the Court Security Officer shall release the requested firearm(s) or knife for use during the trial.

Dated this 16th day of September, 2008

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge