IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00853-MSK-BNB

GERALD KENNETH JORGENSEN,

       Plaintiff,

v.

POLICE CHIEF DAN MONTGOMERY, individually and as an employee of the
    City of Westminster,
EUGENE BOEPSFLUG, Commander of Swat Team, individually and as an employee of the
    City of Westminster,
OFFICER NORMAN HAUBERT,
OFFICER BRIAN HEMPELMAN,
OFFICER SCOTT LACHANCE,
OFFICER DAVID LESTER, and
DETECTIVE STEVE HOLTON,
    all individually and as employees of the City of Westminster,

       Defendants.

---

ORDER TO CURE DEFICIENCY

---

Krieger, Judge

    Plaintiff submitted a Notice of Appeal on October 27, 2008. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     <u> X </u>   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     <u> X </u>   is not submitted
     <u>   </u>   is missing affidavit
     <u>   </u>   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

1

    __    is missing required financial information
    __    is missing an original signature by the prisoner
    __    is not on proper form (must use the court's current form)
    __    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 6th day of November, 2008.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*
                              _____

                              Marcia S. Krieger
                              United States District Judge